# UNITED STATES DISTRICT COURT

**District of Minnesota**

Edwin Mauricio Zambrano Pachari

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 0:26-cv-00222-LMP-DJF

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Sirce Owen, Executive Office for Immigration Review, Samuel Olson

Respondent(s).

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Edwin Mauricio Z. P.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows:

   a. The Court DECLARES that Edwin Mauricio Z. P. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and is instead subject to detention, if at all, pursuant to the discretionary provisions

of 8 U.S.C. § 1226;

b. The Government is ORDERED to provide Edwin Mauricio Z. P. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release by no later than January 27, 2026;

c. If the Government does not provide Edwin Mauricio Z. P. with a bond redetermination hearing as required by this Order, he must be immediately released from detention; and

d. On or before January 28, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order or, if no bond hearing was held, advise the Court regarding Edwin Mauricio Z. P.'s release; and

2. Edwin Mauricio Z. P.'s Emergency Motion for Temporary Restraining Order (ECF No. 3) is DENIED as moot.

Date: 1/21/2026

KATE M. FOGARTY, CLERK